## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| J & J Sports Productions, Inc., | Civil No. 10-1951 (RHK/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR JUDGMENT OF DISMISSAL** |
| Kevin J. Anderson and Linda Anderson, individually and d/b/a Cab's Pub & Eatery, Cab's Pub & Eatery, Inc., d/b/a Cab's Pub & Eatery, and John Does I - V | |
| Defendants. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 15), IT IS ORDERED that the above-entitled action, and all its claims, including all direct and indirect claims, made or to be made, is **DISMISSED WITH PREJUDICE**, on the merits and without any award of costs and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
